THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 14, 2011



Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:                                            CASE NO. 11-20706-SVK

    MARK WILLIAM KUSSOW and           CHAPTER 7
    TERRIE ANN KUSSOW
    f/k/a TERRIE ANN VERCAUTEREN

                            Debtors.

ORDER GRANTING U.S. BANK, NATIONAL ASSOCIATION, AS ASSIGNEE OF
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS
NOMINEE FOR MORTGAGE HEADQUARTERS, INC.
RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

      This case came before the Court on the Motion for Relief from Automatic Stay and for

Abandonment (the "Motion") filed by U.S. Bank, National Association, as assignee of Mortgage

---

Michael J. Keepman, Esq.
Attorneys for U.S. Bank, N.A.
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: mkeepman@kmksc.com

Electronic Registration Systems, Inc., acting solely as nominee for Mortgage Headquarters, Inc. (hereinafter "Creditor"), dated February 22, 2011.

     The Court, after reviewing the record in this case, including the above-mentioned Motion, finds in this matter that notice and opportunity for hearing to the parties in interest was appropriate in the circumstances, that no objections were timely raised against said Motion; that Creditor seeks an Order terminating the stay of proceedings under 11 U.S.C. § 362 and requiring the Trustee to abandon the estate's interest in the Collateral under U.S.C. § 554, so as to allow Creditor (and its successors and/or assigns) to proceed with foreclosure and to enforce rights, interests, claims and liens against the property commonly known as 2445 Shady Court, De Pere, Wisconsin 54115, owned by Mark William Kussow and Terrie Ann Kussow (herein the "Debtors"); that it appears the Debtors have no equity in the property subject to the loan and security documents described in the Motion; that said property is not necessary for an effective reorganization of the Debtors or their estate; the mortgage interest and lien in and against the subject property cannot be adequately protected by the Debtors or the bankruptcy estate; that the property is burdensome or of inconsequential value and benefit to the bankruptcy estate; and that Creditor should be allowed the relief it seeks.  Therefore, it is hereby

     ORDERED:

     That the Motion for Relief from Automatic Stay and for Abandonment filed by U.S. Bank, National Association, as assignee of Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Mortgage Headquarters, Inc. ("Creditor"), and dated February 22, 2011, be and hereby is granted; that the stay of proceedings under 11 U.S.C. § 362 is terminated, so as to allow Creditor (and its successors and/or assigns) to enforce rights, interests, claims and liens in and against the property commonly known as  2445 Shady Court, De Pere, Wisconsin

54115, owned by Mark William Kussow and Terrie Ann Kussow (the "Debtors"), subject to the real estate mortgage dated May 23, 2007, recorded on May 31, 2007, in the Office of the Register of Deeds for Brown County, as Document No. 2315660, in accordance with the terms of the loan and security documents and applicable state law, including but not limited to proceedings to foreclose and liquidate the property, and the application of the proceeds to the indebtedness owed by the Debtors; that the Trustee abandon the estate's interest in the above-referenced property and the entry of this Order shall constitute said abandonment pursuant to 11 U.S.C. § 554;

IT IS FURTHER ORDERED that the Court waives the 14-day stay regarding orders granting a Motion for Relief from Automatic Stay, as referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

#####

W:\FORECLOSURE\BANKRUPTCY\Ch 7\Ros Order.doc